KAREN P. HEWITT
Acting United States Attorney

TOM STAHL, State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division

G. PATRICK JENNINGS
JUSTIN S. KIM
Trial Attorneys
U.S. Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:      (202) 307-0977
Facsimile:      (202) 307-0054
E-mail:         justin.s.kim@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MARVIN K. LLOYD, deceased, and THE LLOYD ADMINISTRATIVE TRUST<br><br>                Plaintiffs,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA,<br><br>                Defendant. | Civil No. 05-cv-1904-JM-BLM<br><br>STIPULATION AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, the Estate of Marvin K. Lloyd and the Lloyd Administrative Trust, and Defendant, the United States of America, that:

1. On October 5, 2005, Plaintiffs filed a Complaint for refund of estate taxes.

2. The parties have reached a settlement of the claim against the United States in this action.

/ / /

/ / /

/ / /

/ / /

3. Accordingly, pursuant to the terms of the parties' settlement agreement, the Complaint should be dismissed with prejudice, with each party to bear its costs, including any possible attorneys' fees or other expenses of litigation.

Respectfully submitted,

KAREN P. HEWITT
Acting United States Attorney

Dated: March 1, 2007

/s/ Justin S. Kim
JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044

Attorneys for the United States

Dated: February 28, 2007

/s/ William P. Shannahan
WILLIAM P. SHANNAHAN, Esq.
1200 Prospect Street, Suite 425
La Jolla, CA 92037

Attorney for Estate of Marvin K. Lloyd and the Lloyd Administrative Trust

**ORDER**

IT IS ORDERED that the Complaint is dismissed with prejudice pursuant to the settlement agreement and stipulation of Plaintiffs and the United States of America. The Court will retain jurisdiction over this matter for one year to enforce the settlement agreement.

IT IS SO ORDERED.

DATED: March 6, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties